UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

      v.                5:08-CR-240
                        (FJS)

**CHARLES VEJVODA, JR.,**

      **Defendant.**
_____

| APPEARANCES | OF COUNSEL |
|---|---|
| **OFFICE OF THE UNITED STATES ATTORNEY**<br>James Hanley U.S. Courthouse & Federal Building<br>100 South Clinton Street<br>P.O. Box 7198<br>Syracuse, New York 13261-7198<br>Attorneys for the United States | **JOHN G. DUNCAN, AUSA** |
| **OFFICE OF J. SCOTT PORTER**<br>One Park Place, Suite 624<br>300 South State Street<br>Syracuse, New York 13202<br>Attorneys for Defendant | **J. SCOTT PORTER, ESQ.** |

**SCULLIN, Senior Judge**

## ORDER

  Pursuant to this Court's April 15, 2009 Order, Defendant was admitted to the Federal Medical Center at Butner, North Carolina.  *See* Dkt. No. 27.  On September 24, 2009, the Acting Warden at the Medical Center issued a "Certificate of Restoration of Competency to Stand Trial" with respect to Defendant.  *See* Court Exhibit "A."  Subsequently, Defendant was returned to this District; and, on October 21, 2009, Magistrate Judge Lowe conducted a hearing pursuant to 18 U.S.C. § 4241 to determine Defendant's competency to stand trial.  After that hearing, Magistrate

Judge Lowe issued a Report-Recommendation in which he stated that, "[a]t the conclusion of the hearing [he] found by a preponderance of the evidence, based upon Court Exhibit A and [his] own observations of and discussions with . . . Defendant, that [Defendant] had recovered to such an extent that he [was] able to understand the nature and consequences of the proceedings against him and to assist properly in his defense." *See* Report-Recommendation dated October 27, 2009, at 2. Therefore, Magistrate Judge Lowe recommended that this Court find Defendant competent to stand trial. *See id.* Neither party filed any objections to Magistrate Judge Lowe's recommendation.

On November 16, 2009, Defendant filed a letter motion with the Court, in which he sought, among other things, a thirty-day extension of time in which to file motions. *See* Dkt. No. 40.

Having reviewed the entire file in this matter, the Court hereby

**ORDERS** that Magistrate Judge Lowe's October 27, 2009 Report-Recommendation is **ADOPTED** in its entirety for the reasons stated therein; and the Court further

**ORDERS** that Defendant's motion for an extension of time in which to file motions is **GRANTED**; and the Court further

**ORDERS** that Defendant shall file and serve his motions on or before **December 18, 2009**; and the Court further

**ORDERS** that the United States shall file and serve its opposition to Defendant's motions on or before **January 4, 2010**;[1] and the Court further

---

[1] The Court will determine whether it needs to hear oral argument regarding any motions
(continued...)

**ORDERS** that this matter is referred to Magistrate Judge Lowe for consideration of Defendant's request for a detention hearing contained in his November 16, 2009 letter.

**IT IS SO ORDERED.**

Dated: November 16, 2009
         Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge

---

[1](...continued)
that Defendant files after it has reviewed the parties' submissions.